UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GAIL SHADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:19–cv–1122–KJN<br><br>ORDER RE: CONSENT |

The court's records show that plaintiff has not yet indicated whether she consents to the jurisdiction of the magistrate judge for all purposes.  28 U.S.C. § 636(c); see also ECF No. 5, (Scheduling Order, requesting parties' designation regarding consent by September 26, 2019). Plaintiff is under no obligation to consent, but a consent/decline designation assists the court in determining how the action will be administratively processed.  Accordingly, within fourteen (14) days of this order, plaintiff shall file a brief statement indicating whether she consents to the jurisdiction of the magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c); see ECF No. 5-2 (Consent Form).

　　　IT IS SO ORDERED.

Dated:  November 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE