Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff ELIZABETH SHADE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SHADE, | Case No.: 2:19-CV-01122 KJN |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Elizabeth Shade ("Plaintiff") and defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to December 13, 2019; and that Defendant shall have until January 13, 2020, to file her opposition. Any reply by plaintiff will continue to be due January 21, 2020.

An extension of time is needed in order for Plaintiff's Counsel to prepare arguments for the Joint Submission based on the complicated administrative record

in this matter as well as due to the fact that Counsel is a widower with two children ages twelve and ten who required care as a result of child care issues which required Counsel's attention.

Counsel notes that the modified briefing schedule continues to require any reply brief to be filed by the same January 21, 2020 date as previously set by this Court. Consequently, the modification results in a reduction of time for Counsel to prepare any reply and does not extend the time for this matter to be submitted to the Court for decision. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 27, 2019   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff ELIZABETH SHADE

DATED: November 27, 2019   MCGREGOR W. SCOTT
United States Attorney


*/S/- Asim Modi
_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including December 13, 2019, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to January 13, 2020, to file her opposition, if any is forthcoming. Any reply by plaintiff will continue to be due January 21, 2020.

IT IS SO ORDERED.

Dated: December 3, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shad.1122